BOYAR & MILLER, P.C.
4265 San Felipe, Suite 1200
Houston, TX 77027
(713) 850-7766
(713) 552-1758 (Fax)
David M. Bond
Chris Hanslik
Crystal J. Parker

GRAUBARD MILLER
405 Lexington Avenue, 19th Floor
New York, NY 10174
(212) 818-8800
(212) 818-8881 (Fax)
Caryn Marcus, Esq.

*Attorneys for Amanda K. Martin*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ENRON CORP., ET AL.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENRON CORP. ET AL, on behalf of ENRON CORP. AND AZURIX CORP.,<br><br>                Plaintiff,<br><br>- against -<br><br>AMANDA K. MARTIN,<br><br>                Defendant. | Adversary Proceeding<br>No. 03-93617 (AJG)<br><br>**JURY TRIAL DEMANDED** |

|  |  |
|---|---|
| AMANDA K. MARTIN,<br><br>   Counter-Plaintiff,<br><br> - against -<br><br>ENRON CORP., AZURIX CORP.,<br>AZURIX NORTH AMERICA CORP., AND<br>AWS CORP. a/k/a AWS (Water/Wastewater)<br>CORP. f/k/a AZURIX NORTH AMERICA<br>CORPORATION,<br><br>   Counter-Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT/COUNTER-PLAINTIFF AMANDA K. MARTIN'S NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE OF CLAIMS AGAINST AZURIX CORP.

Defendant/Counter-Plaintiff, Amanda Martin ("Martin"), files this Notice of Motion and Motion for Withdrawal of Reference of Claims against Azurix Corp. ("Motion) pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Local Rule 5011-1. Martin respectfully requests that the Court grant the Motion for the reasons set forth in Defendant/Counter-Plaintiff Amanda K. Martin's Memorandum of Law ("Memorandum").

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR WITHDRAWAL -PAGE 2 -
OF REFERENCE OF CLAIMS AGAINST AZURIX CORP.

CJP\003031\00002\190653.1

Dated: November 30, 2007.

Respectfully submitted,

/s/ David Bond
David M. Bond
Texas State Bar No. 02582400
Chris Hanslik
Texas State Bar No. 00793895
4265 San Felipe, Suite 1200
Houston, Texas 77027
Telephone:  713/850-7766
Facsimile:  713/552-1758

COUNSEL FOR DEFENDANT
AMANDA K. MARTIN

OF COUNSEL:

BOYAR & MILLER
4265 San Felipe, Suite 1200
Houston, Texas 77027
David M. Bond
Texas State Bar No. 02582400
Chris Hanslik
Texas State Bar No. 00793895
Crystal J. Parker
Texas State Bar No. 24051432
Telephone: (713) 850-7766
Facsimile: (713) 552-1758

GRAUBARD MILLER
405 Lexington Avenue, 19th Floor
New York, NY 10174
(212) 818-8800
(212) 818-8881 (FAX)
Caryn Marcus, Esq.

ATTORNEYS FOR AMANDA K. MARTIN